

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00085-CV

| | | |
|---|---|---|
| HARRIET NICHOLSON, Appellant | § | On Appeal from the 48th District Court |
| V. | § | of Tarrant County (048-304598-18) |
| | § | December 31, 2019 |
| BANK OF AMERICA, N.A. AND COUNTRYWIDE HOME LOANS, INC., Appellees | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's summary judgment and severance orders. It is ordered that the judgment and orders of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
      Justice Mike Wallach